# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KHAYYA RAGLAND**                                                                       **PLAINTIFF**

**v.**                        **Case No. 4:19-cv-00339 KGB**

**SUNCHASE AMERICAN, LTD**                                          **DEFENDANT**

## **ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 18).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and the parties will bear their own costs and attorney's fees.

It is so ordered this 29th day of July, 2020.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge